UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION



**FILED**

JAN 08 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES OF AMERICA )
)
)
v. )
)
)
JUAN MORENO-PANTIGA, )
OSCAR OROZCO-BLACO )
   also known as "Charlie," )
LUIS REY MALDONADO-PATINO also )
   known as "Tamal," )
RAINEY NICHOLE FIELDS, )
BRYCEN FOSTER NYE, )
CODY ALLEN ARNOLD, )
JEFFERY ALLEN ISLEY, )
KENNETH DEWAYNE MCINTOSH, )
DAVID BROCK CHURCH, )
JAMES CLAYTON ALAN BROYLES, )
JD EDWARD EALEY, )
BRIAN DAVID GRAY, )
DONYA LEA EARLEY, )
AUSTIN EDWARD ISLEY, )
CHELSEA BROOK GRAY, )
RANDY ALLEN BROWN, )
MAKAYLA NICOLE ISLEY, )
HAROLD ARTHUR JOHNSON, JR., )
KIMBERLY GAYE MAPLES, )
CALEB BLAINE DAVIS, )
JESSEE DEWAYNE LOWERY )
DANA RENEE NELSON )
HEATHER DAWN DUPREE )
RANDY JAMES DARNELL )

2:18-CR-161
JUDGE GREER

## FIRST SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that beginning in or about the month of May 2015, and

continuing to on or about January 8, 2019, within the Eastern District of Tennessee and

elsewhere, the defendants, JUAN MORENO-PANTIGA, OSCAR OROZCO-BLACO also known as "Charlie," LUIS REY MALDONADO-PATINO also known as "Tamal," RAINEY NICHOLE FIELDS, BRYCEN FOSTER NYE, CODY ALLEN ARNOLD, JEFFERY ALLEN ISLEY, KENNETH DEWAYNE MCINTOSH, DAVID BROCK CHURCH, JAMES CLAYTON ALAN BROYLES, JD EDWARD EALEY, BRIAN DAVID GRAY, DONYA LEA EARLEY, AUSTIN EDWARD ISLEY, CHELSEA BROOK GRAY, RANDY ALLEN BROWN, MAKAYLA NICOLE ISLEY, HAROLD ARTHUR JOHNSON, JR., KIMBERLY GAYE MAPLES, CALEB BLAINE DAVIS, JESSEE DEWAYNE LOWERY, DANA RENEE NELSON, HEATHER DAWN DUPREE, RANDY JAMES DARNELL, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse other persons to commit the following offenses against the United States of America: Distribution of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846, 841(b)(1)(A)]

## COUNT TWO

The Grand Jury further charges that beginning in or about the month of May 2015, and continuing to on or about October 9, 2018, within the Eastern District of Tennessee and elsewhere, the defendants, JUAN MORENO-PANTIGA, OSCAR OROZCO-BLACO also known as "Charlie," and LUIS REY MALDONADO-PATINO also known as "Tamal," and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse other persons to commit the following offenses against the United States of America: Distribution of a

2

mixture or substance containing a detectable quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846, 841(b)(1)(C)]

## COUNT THREE

The Grand Jury further charges that beginning in or about the month of May 2015, and continuing to on or about October 9, 2018, within the Eastern District of Tennessee, and elsewhere, the defendants, JUAN MORENO-PANTIGA, OSCAR OROZCO-BLACO also known as "Charlie," and LUIS REY MALDONADO-PATINO also known as "Tamal," and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse other persons to commit the following offenses against the United States of America: Distribution of less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846, 841(b)(1)(D)]

## COUNT FOUR

The Grand Jury further charges that on or about June 3, 2017, within the Eastern District of Tennessee, the defendant, KENNETH DEWAYNE MCINTOSH, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT FIVE

The Grand Jury further charges that on or about June 12, 2017, within the Eastern District of Tennessee, the defendants, DAVID BROCK CHURCH and RAINEY NICHOLE FIELDS,

aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT SIX

The Grand Jury further charges that on or about June 12, 2017, within the Eastern District of Tennessee, the defendants, DAVID BROCK CHURCH and RAINEY NICHOLE FIELDS, aided and abetted by each other, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Five, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT SEVEN

The Grand Jury further charges that on or about August 2, 2017, within the Eastern District of Tennessee, the defendant, KENNETH DEWAYNE MCINTOSH, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT EIGHT

The Grand Jury further charges that on or about August 2, 2017, within the Eastern District of Tennessee, the defendant, KENNETH DEWAYNE MCINTOSH, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Seven, in

violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

COUNT NINE

The Grand Jury further charges that on or about September 14, 2017, within the Eastern District of Tennessee, the defendant, DONYA LEA EARLEY did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

COUNT TEN

The Grand Jury further charges that on or about October 3, 2017, within the Eastern District of Tennessee, the defendants, BRIAN DAVID GRAY, DONYA LEA EARLEY, and HAROLD ARTHUR JOHNSON, JR., aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

COUNT ELEVEN

The Grand Jury further charges that on or about October 3, 2017, within the Eastern District of Tennessee, the defendants, BRIAN DAVID GRAY, DONYA LEA EARLEY, and HAROLD ARTHUR JOHNSON, JR., aided and abetted by each other, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Ten, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWELVE

The Grand Jury further charges that on or about October 3, 2017, within the Eastern District of Tennessee, the defendant, HAROLD ARTHUR JOHNSON, JR., then being an unlawful user and addict of a controlled substance as defined in 21 United States Code, Section 802, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Davis Industries, .32 caliber Derringer, said firearm having been shipped and transported in interstate commerce.

[21 U.S.C. § 922(g)(1)]

## COUNT THIRTEEN

The Grand Jury further charges that on or about October 5, 2017, within the Eastern District of Tennessee, the defendants, JAMES CLAYTON ALAN BROYLES and RANDY JAMES DARNELL, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT FOURTEEN

The Grand Jury further charges that on or about October 6, 2017, within the Eastern District of Tennessee, the defendant, JAMES CLAYTON ALAN BROYLES, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT FIFTEEN

The Grand Jury further charges that on or about October 6, 2017, within the Eastern District of Tennessee, the defendant, JAMES CLAYTON ALAN BROYLES, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Fourteen, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SIXTEEN

The Grand Jury further charges that on or about October 6, 2017, within the Eastern District of Tennessee, the defendants, AUSTIN EDWARD ISLEY and CHELSEA BROOK GRAY, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT SEVENTEEN

The Grand Jury further charges that on or about October 6, 2017, within the Eastern District of Tennessee, the defendants, AUSTIN EDWARD ISLEY and CHELSEA BROOK GRAY, aided and abetted by each other, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Sixteen, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

7

[18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT EIGHTEEN

The Grand Jury further charges that on or about October 10, 2017, within the Eastern District of Tennessee, the defendant, AUSTIN EDWARD ISLEY, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT NINETEEN

The Grand Jury further charges that on or about October 10, 2017, within the Eastern District of Tennessee, the defendant, AUSTIN EDWARD ISLEY, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Eighteen, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT TWENTY

The Grand Jury further charges that on or about October 20, 2017, within the Eastern District of Tennessee, the defendants, RAINEY NICHOLE FIELDS and DAVID BROCK CHURCH, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWENTY-ONE

The Grand Jury further charges that on or about October 23, 2017, within the Eastern District of Tennessee, the defendants, RAINEY NICHOLE FIELDS and DAVID BROCK CHURCH, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWENTY-TWO

The Grand Jury further charges that on or about October 23, 2017, within the Eastern District of Tennessee, the defendants, RAINEY NICHOLE FIELDS and DAVID BROCK CHURCH, aided and abetted by each other, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Twenty-One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWENTY-THREE

The Grand Jury further charges that on or about December 6, 2017, within the Eastern District of Tennessee, the defendants, RAINEY NICHOLE FIELDS and BRYCEN FOSTER NYE, aided and abetted by each other and others known to the grand jury, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

9

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWENTY-FOUR

The Grand Jury further charges that on or about December 21, 2017, within the Eastern District of Tennessee, the defendant, JD EDWARD EALEY, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT TWENTY-FIVE

The Grand Jury further charges that on or about December 21, 2017, within the Eastern District of Tennessee, the defendant, JD EDWARD EALEY, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Twenty-Four, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT TWENTY-SIX

The Grand Jury further charges that on or about December 21, 2017, within the Eastern District of Tennessee, the defendant, RANDY ALLEN BROWN, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT TWENTY-SEVEN

The Grand Jury further charges that on or about December 30, 2017, within the Eastern District of Tennessee, the defendant, JUAN MORENO-PANTIGA, did knowingly, intentionally

and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT TWENTY-EIGHT

The Grand Jury further charges that on or about January 6, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2]

## COUNT TWENTY-NINE

The Grand Jury further charges that on or about January 9, 2018, within the Eastern District of Tennessee, the defendant, AUSTIN EDWARD ISLEY, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT THIRTY

The Grand Jury further charges that on or about January 17, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and

11

salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2]

## COUNT THIRTY-ONE

The Grand Jury further charges that on or about January 25, 2018, within the Eastern District of Tennessee, the defendant, CALEB BLAINE DAVIS, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT THIRTY-TWO

The Grand Jury further charges that on or about January 25, 2018, within the Eastern District of Tennessee, the defendant, CALEB BLAINE DAVIS, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Thirty-One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT THIRTY-THREE

The Grand Jury further charges that on or about January 26, 2018, within the Eastern District of Tennessee, the defendant, CALEB BLAINE DAVIS, aided and abetted by another known to the Grand Jury, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

12

## COUNT THIRTY-FOUR

The Grand Jury further charges that on or about January 27, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2]

## COUNT THIRTY-FIVE

The Grand Jury further charges that on or about February 6, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT THIRTY-SIX

The Grand Jury further charges that on or about February 13, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and

salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2]

### COUNT THIRTY-SEVEN

The Grand Jury further charges that on or about February 22, 2018, within the Eastern District of Tennessee, the defendant, JEFFERY ALLEN ISLEY, did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

### COUNT THIRTY-EIGHT

The Grand Jury further charges that on or about February 23, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

### COUNT THIRTY-NINE

The Grand Jury further charges that on or about March 6, 2018, within the Eastern District of Tennessee, the defendant, JEFFERY ALLEN ISLEY, did knowingly, intentionally

and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT FORTY

The Grand Jury further charges that on or about March 6, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FORTY-ONE

The Grand Jury further charges that on or about March 13, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FORTY-TWO

The Grand Jury further charges that on or about March 15, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did

knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FORTY-THREE

The Grand Jury further charges that on or about March 19, 2018, within the Eastern District of Tennessee, the defendant, CODY ALLEN ARNOLD, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT FORTY-FOUR

The Grand Jury further charges that on or about March 19, 2018, within the Eastern District of Tennessee, the defendant, CODY ALLEN ARNOLD, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Forty-Three, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FORTY-FIVE

The Grand Jury further charges that on or about March 28, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine,

16

its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FORTY-SIX

The Grand Jury further charges that on or about April 5, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA, OSCAR OROZCO-BLACO also known as "Charlie," and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FORTY-SEVEN

The Grand Jury further charges that on or about April 5, 2018, within the Eastern District of Tennessee, the defendant, KENNETH DEWAYNE MCINTOSH, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT FORTY-EIGHT

The Grand Jury further charges that on or about April 16, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA, OSCAR OROZCO-BLACO also known as "Charlie," and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally and without authority

17

distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1). [21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FORTY-NINE

The Grand Jury further charges that on or about April 25, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1). [21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FIFTY

The Grand Jury further charges that on or about May 7, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1). [21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT FIFTY-ONE

The Grand Jury further charges that on or about May 7, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and LUIS REY MALDONADO-PATINO also known as "Tamal," aided and abetted by each other, did knowingly, intentionally

and without authority distribute a mixture or substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2]

### COUNT FIFTY-TWO

The Grand Jury further charges that on or about May 14, 2018, within the Eastern District of Tennessee, the defendant, LUIS REY MALDONADO-PATINO also known as "Tamal," did knowingly, intentionally and without authority possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(D)]

### COUNT FIFTY-THREE

The Grand Jury further charges that on or about May 14, 2018, within the Eastern District of Tennessee, the defendant, LUIS REY MALDONADO-PATINO also known as "Tamal," did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Fifty-Two, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

### COUNT FIFTY-FOUR

The Grand Jury further charges that on or about May 16, 2018, within the Eastern District of Tennessee, the defendant, OSCAR OROZCO-BLACO also known as "Charlie," did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT FIFTY-FIVE

The Grand Jury further charges that on or about June 6, 2018, within the Eastern District of Tennessee, the defendant, JEFFERY ALLEN ISLEY, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT FIFTY-SIX

The Grand Jury further charges that on or about June 6, 2018, within the Eastern District of Tennessee, the defendant, JEFFERY ALLEN ISLEY, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Fifty-Five, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FIFTY-SEVEN

The Grand Jury further charges that on or about June 15, 2018, within the Eastern District of Tennessee, the defendants, KENNETH DEWAYNE MCINTOSH and MAKAYLA NICOLE ISLEY, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT FIFTY-EIGHT

The Grand Jury further charges that on or about June 15, 2018, within the Eastern District of Tennessee, the defendants, KENNETH DEWAYNE MCINTOSH and MAKAYLA NICOLE

ISLEY, aided and abetted by each other, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Fifty-Seven, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT FIFTY-NINE

The Grand Jury further charges that on or about June 22, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT SIXTY

The Grand Jury further charges that on or about July 2, 2018, within the Eastern District of Tennessee, the defendant, HAROLD ARTHUR JOHNSON, JR., did knowingly, intentionally and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT SIXTY-ONE

The Grand Jury further charges that on or about July 10, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and

without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2]

## COUNT SIXTY-TWO

The Grand Jury further charges that on or about July 19, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2]

## COUNT SIXTY-THREE

The Grand Jury further charges that on or about July 26, 2018, within the Eastern District of Tennessee, the defendants, JUAN MORENO-PANTIGA and OSCAR OROZCO-BLACO also known as "Charlie," aided and abetted by each other, did knowingly, intentionally and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance as defined in Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2]

## COUNT SIXTY-FOUR

The Grand Jury further charges that on or about July 31, 2018, within the Eastern District of Tennessee, the defendant, JUAN MORENO-PANTIGA, did knowingly, intentionally and

without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT SIXTY-FIVE

The Grand Jury further charges that on or about July 31, 2018, within the Eastern District of Tennessee, the defendant, JUAN MORENO-PANTIGA, did knowingly, intentionally and without authority possess with the intent to distribute a mixture or substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT SIXTY-SIX

The Grand Jury further charges that on or about July 31, 2018, within the Eastern District of Tennessee, the defendant, JUAN MORENO-PANTIGA, did knowingly, intentionally and without authority possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(D)]

## COUNT SIXTY-SEVEN

The Grand Jury further charges that on or about July 31, 2018, within the Eastern District of Tennessee, the defendant, JUAN MORENO-PANTIGA, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Sixty-Four, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SIXTY-EIGHT

The Grand Jury further charges that on or about July 31, 2018, within the Eastern District of Tennessee, the defendant, JAMES CLAYTON ALAN BROYLES, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. [21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT SIXTY-NINE

The Grand Jury further charges that on or about August 14, 2018, within the Eastern District of Tennessee, the defendant, KIMBERLY GAYE MAPLES, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. [21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT SEVENTY

The Grand Jury further charges that on or about August 14, 2018, within the Eastern District of Tennessee, the defendant, KIMBERLY GAYE MAPLES, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Sixty-Nine, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SEVENTY-ONE

The Grand Jury further charges that on or about August 21, 2018, within the Eastern District of Tennessee, the defendant, JESSEE DEWAYNE LOWERY, did knowingly,

24

intentionally and without authority possess with the intent to distribute 5 grams or more of
methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT SEVENTY-TWO

The Grand Jury further charges that on or about August 30, 2018, within the Eastern
District of Tennessee, the defendants, RAINEY NICHOLE FIELDS and DANA RENEE
NELSON, aided and abetted by each other, did knowingly, intentionally and without authority
distribute a quantity of methamphetamine, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328
U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT SEVENTY-THREE

The Grand Jury further charges that on or about August 31, 2018, within the Eastern
District of Tennessee, the defendants, RAINEY NICHOLE FIELDS and DANA RENEE
NELSON, aided and abetted by each other, did knowingly, intentionally and without authority
distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers of
methamphetamine, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328
U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT SEVENTY-FOUR

The Grand Jury further charges that beginning in or about the month of May 2015, and
continuing to on or about January 8, 2019, within the Eastern District of Tennessee, and
elsewhere, the defendants, JUAN MORENO-PANTIGA, OSCAR OROZCO-BLACO also
known as "Charlie," LUIS REY MALDONADO-PATINO also known as "Tamal," DAVID

25

BROCK CHURCH, KIMBERLY GAYE MAPLES, HEATHER DAWN DUPREE, RANDY JAMES DARNELL, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with each other to commit the following offenses against the United States of America: knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, to conduct and attempt to conduct such financial transactions with intent to promote the carrying on of a specified unlawful activity, that is, the distribution of, and possession of with intent to distribute, methamphetamine, a Schedule II controlled substance, in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i).

[18 U.S.C. § 1956(h)]

## COUNT SEVENTY-FIVE

The Grand Jury further charges that on or about February 22, 2018, within the Eastern District of Tennessee, the defendant, JEFFREY ALLEN ISLEY, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SEVENTY-SIX

The Grand Jury further charges that on or about March 10, 2018, within the Eastern District of Tennessee, the defendant, JUAN MORENO-PANTIGA, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SEVENTY-SEVEN

The Grand Jury further charges that on or about October 25, 2018, within the Eastern District of Tennessee, the defendant, HEATHER DAWN DUPREE, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT SEVENTY-EIGHT

The Grand Jury further charges that on or about November 1, 2018, within the Eastern District of Tennessee, the defendant, HAROLD ARTHUR JOHNSON, JR., did knowingly possess a firearm, that is, a Springfield J. Steven, double barrel, 12 Gauge Shotgun with a barrel length of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

[26 U.S.C. § 5845(a), 5861(d), and 5871]

## COUNT SEVENTY-NINE

The Grand Jury further charges that on or about November 1, 2018, within the Eastern District of Tennessee, the defendant, HAROLD ARTHUR JOHNSON, JR., then being an unlawful user and addict of a controlled substance as defined in 21 United States Code, Section 802, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Springfield J. Steven, double barrel, 12 Gauge Shotgun, said firearm having been shipped and transported in interstate commerce.

[21 U.S.C. § 922(g)(1)]

27

## COUNT EIGHTY

The Grand Jury further charges that on or about November 7, 2018, within the Eastern District of Tennessee, the defendant, RANDY JAMES DARNELL, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. [21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

TRUE BILL:

FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By:

J. CHRISTIAN LAMPE
Assistant U.S. Attorney

28